```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
                         CAMDEN VICINAGE
```

| | |
|---|---|
| HELEN LOVE,<br><br>       Plaintiff,<br><br>  v.<br><br>NEW JERSEY DIVISION OF YOUTH &<br>FAMILY SERVICES, et al.<br><br>       Defendants. | Civil No. 07-3661 (JEI) |

## AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel during the telephone conference on August 4, 2008; and the Court noting the following appearances: Joseph C. Grassi, Esquire, appearing on behalf of the plaintiff; and Kira F. Spaman, Esquire, appearing on behalf of the defendant.

IT IS this **4th** day of **April, 2008,** hereby **ORDERED:**

1. At least one (1) week prior to the next scheduled conference, the parties shall send the Court a letter identifying all discovery disputes. No issue will be addressed unless the letter is accompanied by an Affidavit that complies with L. Civ. R. 37.1(b)(1). Responses shall be served three (3) days prior to the next scheduled conference.

2. The Court will conduct an in-person status conference on **October 14, 2008 at 11:00 a.m.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                            s/ Joel Schneider
                                            JOEL SCHNEIDER
                                            United States Magistrate Judge